# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MATTHEW METZLER, formerly proceeding as John Doe, | |
| Plaintiff-Appellant, | No. 24-2956 |
| vs. | D.C. No. 1:18-CV-7335 U.S. District Court for the Northern District of Illinois |
| LOYOLA UNIVERSITY CHICAGO, | |
| Defendant-Appellee. | |

## MOTION FOR LEAVE TO FILE BRIEF AS TO CERTAIN NEW ISSUES AND FOR RELATED RELIEF

Plaintiff-appellant Matthew Metzler respectfully requests that the Court: (i) grant the parties leave to file briefs addressing the issues described below and any other issues the Court determines are new issues requiring briefing; and (ii) set a word limit for the briefs as requested below.

1. On November 2, 2018, Plaintiff filed his complaint, asserting claims under Title IX of the Education Act Amendments of 1972, 20 U.S.C. § 1681, *et seq.* (Count I), and for breach of contract (Count II), promissory estoppel (Count III), and negligent infliction of emotional distress (Count IV). (NDIL Dkt. 1.) On November 27, 2018, Plaintiff filed an amended complaint asserting the same claims. (NDIL Dkt. 19.)[1]

2. In 2022, the district court granted summary judgment in favor of defendant-appellee Loyola University Chicago ("Loyola"). On October 25, 2022,

---
[1] On August 13, 2019, the district court dismissed Plaintiff's negligent infliction of emotional distress claim. (NDIL Dkts. 47 & 48.)

Plaintiff timely filed a notice of appeal. (NDIL Dkt. 185.) That appeal was docketed as Appeal No. 22-2925.

3. At oral argument in Appeal No. 22-2925, a panel of this Court raised the issue of whether Plaintiff may proceed under a pseudonym and requested supplemental briefs, which the parties filed. (Appeal No. 22-2925 Dkts. 39-40, 46, 49, 53.)

4. On May 3, 2024, this Court remanded for proceedings addressing Plaintiff's use of a pseudonym and mootness but did not decide the merits of the underlying appeal. *Doe v. Loyola Univ. Chi.*, 100 F.4th 910 (7th Cir. 2024). The panel directed that: "If after the proceedings on remand a live controversy remains, any appeal will return to this panel, *with new briefs limited to newly arising issues.*" *Id.*, at 914 (emphasis added).

5. On remand, Loyola agreed that the case was not moot. (NDIL Dkt. 208 ¶1; *see also* Dkt. 220 10:15-16, 24:18-25, 25:12-26:7, 27:5-14, 28:14-16.)

6. On October 17, 2024, after proceedings on remand and Plaintiff's election to proceed using his real name, the district court entered an amended final judgment. (NDIL Dkt. 226.)

7. On October 29, 2024, Plaintiff timely filed a notice of appeal from the October 17 judgment. (NDIL Dkt. 227.) The Court has set a deadline of December 9, 2024 for Plaintiff to file his principal brief, but did not specify the "newly arising issues" the parties should brief. (Appeal No. 24-2956 Dkt. 1-1.)

8. Plaintiff believes this Court will be aided by briefing concerning Title IX cases that have been decided since this Court's May 3 opinion, such as *Gash v. Rosalind Franklin Univ.*, 117 F.4th 957 (7th Cir. 2024), and *Schiebel v. Schoharie Cent. Sch. Dist.*, 23-1080, 2024 WL 4644958 (2d Cir. Nov. 1, 2024). In addition, the Court may want briefing from the parties on mootness, although Plaintiff is prepared to stand on his brief below and the district court's on-the-record discussion. (NDIL Dkts. 212, 215, 220.)

9. Plaintiff is preparing a brief that addresses the foregoing issues. Plaintiff will address any other issues on which the Court requests briefing. If the Court desires additional briefing, Plaintiff respectfully suggests that the Court set a limit of 7,000 words for principal briefs and 4,000 words for any reply.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court: (i) allow briefing concerning any Title IX cases decided after May 3, 2024 that either party believes should be briefed and any other "newly arising issues" for which the Court seeks briefing; and (ii) if appropriate, set a word limit to address those issues.

Dated: November 21, 2024

MATTHEW METZLER, formerly proceeding as John Doe,


By:    /s/ Jonathan M. Cyrluk
       One of His Attorneys

Jonathan M. Cyrluk
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2105
Chicago, Illinois 60601
312-777-4300 (tel)
312-777-4839 (fax)
cyrluk@carpenterlipps.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney for plaintiff-appellant, hereby certifies that he caused a copy of this motion to be served on counsel of record via the Court's CM-ECF system on November 21, 2024.

Dated: November 21, 2024　　　　　　　By:　/s/ Jonathan M. Cyrluk
　　　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

Jonathan M. Cyrluk
CARPENTER LIPPS LLP
180 North LaSalle Street, Suite 2105
Chicago, Illinois 60601
312-777-4300 (tel)
312-777-4839 (fax)
cyrluk@carpenterlipps.com